IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

CRIMINAL FILE NO.

v.

1:05-CR-269-TWT

MARCUS ALCINDOR, also known as
Christopher Alcindor, et al.,

  Defendants.

## OPINION AND ORDER

This is a mortgage fraud case.  It is before the Court on the Report and Recommendation [Doc. 637] of the Magistrate Judge recommending that the motions to sever of several of the Defendants be denied.  After careful consideration of the Objections of the Defendants, the Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Motion to Sever [Doc. 581], Second Motion to Sever Defendant [Doc. 497], First Motion to Sever Defendant [Doc. 575], and Motion to Sever [Doc. 580] as to Defendants Michael Flake, James Moss, David Thomas, Barbara Brown, William Chavis, Dean Thomas are DENIED.

SO ORDERED, this 7 day of September, 2006.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge